```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63818
   AGUSTIN MORADO III
   MONICA J MORADO                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
              Debtor
    SSN XXX-XX-8270    SSN XXX-XX-2926

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/07/05 and confirmed on 04/19/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13318.20 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
OCWEN LOAN SVCG             CURRENT MORTG        .00           .00           .00
OCWEN LOAN SVCG             UNSECURED      NOT FILED           .00           .00
MARQUETTE CONSUMER FINAN    SECURED VEHIC    6626.60        758.90       6626.60
INTERNAL REVENUE SERVICE    PRIORITY         1353.58           .00       1353.58
CMD ACCOUNT MANAGEMENT I    UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED        2055.75           .00       2055.75
MRSI                        UNSECURED      NOT FILED           .00           .00
ORCHARD BANK                UNSECURED      NOT FILED           .00           .00
PAYDAY EXPRESS              UNSECURED      NOT FILED           .00           .00
STROM REPAY MCCUTCHAN       UNSECURED      NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK     UNSECURED      NOT FILED           .00           .00
JAMES M PHILBRICK           ADMINISTRATIV    1550.00           .00       1550.00
JEFFERSON CAPITAL SYSTEM    UNSECURED         153.27           .00        153.27
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6626.60     2903.58      2209.02        .00      11739.20
PRINCIPAL PAID       6626.60     2903.58      2209.02        .00      11739.20
INTEREST PAID         758.90         .00          .00        .00        758.90
TOTAL PAID           7385.50     2903.58      2209.02        .00      12498.10
The Debtor's attorney, JAY L DAHL                  , was allowed $   2500.00
and was paid $   2500.00  direct and $      .00  through the plan.

The Trustee received $     496.38 .

Refunds to the Debtor totaled $     323.72 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 04/11/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```